**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Pete Sayner
908 State Street
La Crosse, WI 54601

Civil Action, File Number __07-2161 JDB__

__Gregory C. Royal__
                                        V.

__Pete Sayner, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES]. If you are served on behalf of a corporation, your signature your relationship to that entity. If [you mu]st indicate under your signature your authority.

_____ days, you (or the party on whose behalf you [receive this] complaint in any other manner permitted by law.

[on who]se behalf you are being served) must answer the [complai]nt by default will be taken against you for the

[Rec]eipt of Summons and Complaint By Mail was

[signed by] (USMS Official)

[SUMMONS AN]D COMPLAINT

[I received th]e complaint in the above captioned manner at

---

**Domestic Return Receipt (Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Pete Sayner
908 State Street
La Crosse, WI 54601

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Dan Krycen
C. Date of Delivery: 12-20
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7007 0710 0004 6579 1484

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Susan Erlandson
333 VIne Street
Mediation ANS Family Ct. SErvices
La Crosse, WI 54601

Civil Action, File Number __07-2161  JDB__

__Gregory C. Royal__
V.
__lete Sayner, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the ... documents were sent. If you fail to do so, judgment by default will be taken against you for the ...

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

usan Erlandson
Mediation ANS Family Court Services
33 Vine Street
a Crosse, WI 54601

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X ____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) DENNIS CRAMER
C. Date of Delivery DEC 2 0 2007
D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Insured Mail    ☐ Return Receipt for Merchandise
☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)  7007 0710 0004 6579 1507

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

eipt of Summons and Complaint By Mail was ... USMS Official)

D COMPLAINT
he complaint in the above captioned manner at

mber and Street Name or P.O. Box No.

e and Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Bonnie Sacia
333 Vine Street
Mediation AND Family Ct. Services
La Crosse, WI 54601

Civil Action, File Number __07-2161 JDB__

__Gregory C. Royal__
V.
__Pete Sayner, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

07-2161    TPT    12-14-07

(SMS Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Bonnie Sacia
Mediation ANS Family Court Services
333 Vine Street
La Crosse, WI 54601

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Dennis Cramer_  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): DENNIS CRAMER
Date of Delivery: DEC 20 2007
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Insured Mail    ☐ Return Receipt for Merchandise
                  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7007 0710 0004 6579 1491

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLAINT
complaint in the above captioned manner at
_____
ber and Street Name or P.O. Box No.
_____
and Zip Code
_____
ip to Entity/Authority to Receive
Process

Date of Signature                Form USM-299