IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GREGORY C. ROYAL** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Case No. 07-2161 JDB |
| | : | |
| **PETE SAYNER, et al.** | : | |
| | : | |
| Defendants | : | |
| | : | |

### DEFENDANT PETER B. SAYNER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

COMES NOW Defendant Peter B. Sayner ("Sayner"), by and through his undersigned counsel, Mark G. Chalpin, Esq., and respectfully moves for an extension of time until January 30, 2008 to file his response to the Complaint under Fed. R. Civ. Pro. 12(a)(1)(A) for the following reasons:

Sayner was served with the summons and complaint on December 20, 2007. His response to the Complaint is thus due on January 9, 2008. Sayner retained undersigned counsel on January 4, 2008. Sayner intends to file a dispositive motion in response to the Complaint and anticipates that it will be lengthy due to the number of legal issues raised in and by the Complaint. Between the date of the filing of this motion and January 30, 2008, undersigned counsel has two trials, an arbitration, two days of depositions and a probate hearing scheduled, and an appellate brief, another dispositive motion and an opposition to a dispositive motion due. Thus, undersigned counsel needs until January 30, 2008 to have sufficient time to file a dispositive motion. Sayner files this motion for the good faith purpose of having sufficient time to file a dispositive motion in response to the Complaint, and not for the purpose of delay.

1

Plaintiff does not oppose this motion. A proposed order is attached.

WHEREFORE, Sayner requests that the Motion for Extension of Time be GRANTED, and that he have until January 30, 2008 to respond to the Complaint.

Respectfully submitted,

\_\_\_\_/s/_____
MARK G. CHALPIN, ESQ.
Federal Bar # 366794
1509 Woodwell Road
Silver Spring, MD 20906
(301) 460-5900
Attorney for Defendant Peter B. Sayner

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent by first class mail, postage prepaid, this 8th day of January, 2008, to:

Gregory C. Royal
507 Roosevelt Boulevard C-220
Falls Church, VA 22044

\_\_\_\_/s/_____
Mark G. Chalpin

**IN THE UNITED STATES DISTRCT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GREGORY C. ROYAL** | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Case No. 07-2161 JDB |
| | : |
| **PETE SAYNER, et al.** | : |
| | : |
| Defendants | : |
| | : |

## ORDER

Upon consideration of Defendant Peter B. Sayner's Unopposed Motion for Extension of Time to File Response to Complaint, and the entire record herein, it is this

_____ day of _____, 2008c

ORDERED that the Motion for Extension of Time to File Response to Complaint is GRANTED; and it is further

ORDERED that Defendant Peter B. Sayner has until January 30, 2008 to respond to the Complaint.

_____
Hon. John D. Bates
United States District Court Judge

1