IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GREGORY C. ROYAL** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Civil Case No.: 07-2161 JDB |
| | : | |
| **PETE SAYNER, et al** | : | |
| | : | |
| **Defendants** | : | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Bonnie Sacia, Susan Erlandson and the Custody Assessment Team ("CAT"), by their attorneys, Crivello Carlson, S.C. and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, L.L.P., submit the following Disclosure of Corporate Affiliations and Financial Interests in accordance with Local Civil Rule 7.1 of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for the Custody Assessment Team, certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

**None; the CAT is not a legal entity.**

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 9th day of January, 2008.

ATTORNEYS FOR BONNIE SACIA, SUSAN ERLANDSON, and the CUSTODY ASSESSMENT TEAM

        DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, L.L.P

BY:  /s/
Thomas L. Doran (D.C. Bar No. 372030)
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, L.L.P.
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
Direct:  301/306-4314
Fax:  301/306-4988
Email: tdoran@decarodoran.com

CRIVELLO CARLSON, S.C.
Raymond J. Pollen
State Bar No. 1000036
Remzy D. Bitar
State Bar No. 1038340
710 North Plankinton Avenue
Milwaukee, WI  53203
414-271-7722
Phone: 414-271-7722
Email: rpollen@crivellocarlson.com
       rbitar@crivellocarlson.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 9th day of January, 2008, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was forwarded via Electronic Case Filing and postage prepaid, via First Class mail, to:

    Gregory Charles Royal
    507 Roosevelt Boulevard
    # C-220
    Falls Church, Virginia  22044
    Plaintiff, Pro Se

    Mark G. Chalpin, Esquire
    1509 Woodwell Road
    Silver Spring, MD 20906
    Counsel for Defendant Pete Sayner

        /s/
        Thomas L. Doran