**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**GREGORY C. ROYAL,**

**Plaintiff,**

**v.**

**PETE SAYNER, et al.,**

**Defendants.**

**Civil Action No. 07-2161 (JDB)**

FILED
JAN 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The instant action initiated by plaintiff Gregory C. Royal against defendants Pete Sayner, Bonnie Sacia, Susan Erlandson, and the Custody Assessment Team "arises from an alleged breach of contract/agreement for services." Compl. ¶ 1. Plaintiff engaged defendants to conduct a custody assessment report for use in an ongoing matter before the La Crosse County Circuit Court in Wisconsin and contends that defendants failed to adhere to the agreement. According to the complaint, defendants conduct business in La Crosse, Wisconsin, and the parties' interactions occurred in La Crosse, Wisconsin. Id. ¶¶ 3, 8.

Because the complaint revolves around claims and parties that are based in Wisconsin, questions arise as to whether this action has been initiated in an appropriate forum and whether this Court should transfer this action to another district court. The relevant statutory provision, 28 U.S.C. § 1404(a), provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." The purpose of this provision is to prevent the waste of time and money, and

to protect the parties, witnesses and the public against unnecessary prejudice, inconvenience or expense. See, e.g., Van Dusen v. Barrack, 376 U.S. 612, 616 (1964).

Accordingly, it is this 11th day of January, 2008, hereby

**ORDERED** that plaintiff shall, by not later than January 30, 2008, show cause why the complaint should properly be heard in this jurisdiction and why the case should not be transferred to the United States District Court for the Western District of Wisconsin.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: January 11, 2008

Copies to:

GREGORY CHARLES ROYAL
507 Roosevelt Blvd.
C-220
Falls Church, VA 22044

MARK G. CHALPIN, ESQ.
1509 Woodwell Road
Silver Spring, MD 20906-2047

THOMAS LEO DORAN
DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, LLP
P.O. Box 40
4601 Forbes Boulevard
Suite 200
Lanham, MD 20703-0040