IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JAN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**GREGORY CHARLES ROYAL**        )
                                 )
                    Plaintiff,   )
                                 )    1:07-cv-02161-JDB
                          v.     )
                                 )
**PETE SAYNER et al**            )
                    Defendants.  )
_____  )

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff Gregory Charles Royal pursuant to this court's ORDER TO SHOW CAUSE directing Plaintiff, by not later than 1/30/2008 to show cause why the complaint should properly be heard in this jurisdiction and why the case should not be transferred to the USDC for the Western District of Wisconsin

1. Plaintiff brought this motion in this jurisdiction because the allegations contained were believed to have occurred while Plaintiff was a legal resident of the District of Columbia and involves directives and recommendations by Defendants which governed Plaintiff's behaviors and freedoms within the District.

2. However, Plaintiff will not contest jurisdiction in this matter and will rely on the discretion of this court and further states:

5. Pursuant to Title 28 U.S.C. § 1404(a) which provides in pertinent part that: "…a district court may transfer any civil action to any other district or division where it might have been brought.", transfer would be proper in the event of a lack of personal jurisdiction over the Defendants by this court. The decision whether to transfer venue is committed to the sound discretion of the trial court. See Brock v. Entre Computer Ctrs., Inc., 933 F.2d 1253, 1257 (4th Cir. 1991).

### CONCLUSION

That for the reasons stated herein Plaintiff asks the court to exercise its sole discretion to transfer or retain jurisdiction of this case.

Dated this 17th day of January, 2008.
Respectfully submitted,
Gregory Charles Royal
DBA American Youth Symphony
507 Roosevelt Blvd. C-220
Falls Church, VA 22044
(202) 302-6703 Copies mailed to Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY CHARLES ROYAL          )
                               )
                   Plaintiff,  )
                               )          1:07-cv-02161-JDB
                        v.     )
                               )
PETE SAYNER et al              )
                   Defendants. )
_____)

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff Gregory Charles Royal pursuant to this court's ORDER TO SHOW CAUSE directing Plaintiff, by not later than 1/30/2008 to show cause why the complaint should properly be heard in this jurisdiction and why the case should not be transferred to the USDC for the Western District of Wisconsin

1. Plaintiff brought this motion in this jurisdiction because the allegations contained were believed to have occurred while Plaintiff was a legal resident of the District of Columbia and involves directives and recommendations by Defendants which governed Plaintiff's behaviors and freedoms within the District.

2. However, Plaintiff will not contest jurisdiction in this matter and will rely on the discretion of this court and further states:

5. Pursuant to Title 28 U.S.C. § 1404(a) which provides in pertinent part that: "…a district court may transfer any civil action to any other district or division where it might have been brought.", transfer would be proper in the event of a lack of personal jurisdiction over the Defendants by this court. The decision whether to transfer venue is committed to the sound discretion of the trial court. See Brock v. Entre Computer Ctrs., Inc., 933 F.2d 1253, 1257 (4th Cir. 1991).

### CONCLUSION

That for the reasons stated herein Plaintiff asks the court to exercise its sole discretion to transfer or retain jurisdiction of this case.

Dated this 17th day of January, 2008.
Respectfully submitted,
Gregory Charles Royal
DBA American Youth Symphony
507 Roosevelt Blvd. C-220
Falls Church, VA 22044
(202) 302-6703 Copies mailed to Defendants